IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| RAYMOND LEE WOODARD, JR., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:23-CV-00203 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| THE BERT BELL / PETE ROZELLE NFL | § | |
| PLAYER RETIREMENT PLAN, | § | |
| | § | |
| *Defendant.* | § | |

## ACKNOWLEDGEMENT OF STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has received the Parties' Stipulation of Dismissal with Prejudice filed in the above-styled matter. [Dkt. 36]. The Parties have stipulated and agreed that this matter will be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, the Court acknowledges that all claims filed in this matter are hereby **DISMISSED WITH PREJUDICE**, effective the date of the filing of the stipulation.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs, that all Court dates and deadlines are hereby **VACATED**, and that all pending motions filed in this matter are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 9th day of December, 2025.**

Michael J. Truncale
United States District Judge